

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

February 12, 1963

Hon. H. R. Nieman, Jr.   Opinion No. C-14
Executive Director
State Building Commission  Re: Construction of contract
Austin, Texas      between the State Building
            Commission and Floyd R.
Dear Mr. Nieman:     Palmer Landscape Company.

   You have requested an opinion from this office con-
cerning construction to be given certain provisions contained
in a contract entered into between the State Building Commission
and the Floyd R. Palmer Landscape Company.

   In October, 1962, the State Building Commission ad-
vertised for bids covering certain landscaping around the Sam
Houston State Office Building, and copies of the specifications
and plans were issued as official documents for bid purposes.
The specifications and plans for the landscaping around the Sam
Houston State Office Building were ultimately made a part of the
contract entered into between the State Building Commission and
the Floyd R. Palmer Landscape Company.

   The specifications for the landscaping around the Sam
Houston State Office Building, Project No. 6104, set forth a bid
proposal form to be submitted by each bidder which is set forth
in part as follows:

   "The undersigned, in compliance with your
  Invitation and Instructions to Bidders, for bids
  for 'Landscape and Area Development about the Sam
  Houston State Office Building,' Austin, Texas, and
  having examined the Plans, Specifications and all
  related documents as prepared by the State Building
  Commission, as well as the site of the proposed
  project, including the availability of materials
  and labor, hereby proposes to furnish all material,
  labor, tools, equipment and necessary incidentals
  to complete all work as set forth in the Contract
  Documents, in accordance therewith, in the time set
  forth herein, and at the prices stated below which
  include all expenses and allowances.

   "BASE PROPOSAL: Shall include all labor and
  materials, as stated above, to complete all work

-56-

indicated and specified for the sum of:

"_____

_____Dollars($_____)

"UNIT PRICES: In accordance with the specifications covering unit prices, the undersigned agrees to the following prices, in place:

"A) Sidewalks, pebble finish concrete:

_____($_____)
per square foot.

"B) Top soil fill:

_____($_____)
per cubic yard

"C) Hand excavation of planting beds, dirt:

_____($_____)
per cubic yard

"D) Granite Benches:

_____($_____)
per bench installed

The specifications for Project No. 6104 further provide that:

"DEFINITION OF UNIT PRICES:

1) It is understood and agreed that the Unit Price amounts shown on the proposal are the total amounts per unit to be added or deducted from the contract price in case there is a discrepancy or variation in the quantities as originally intended by Contract Documents to that actually installed in accordance with the original intention.

2) It is further understood and agreed that extra work ordered by the owner and covered by the unit prices shall be the total amount per unit to be added to the contract price for said extra work.

3)   It is further understood and agreed that work ordered abandoned by the Owner, after the contract is executed, and covered by the unit prices shall be amount per unit, to be <u>deducted from the Contract price for such deletion of work</u>."

On November 5, 1962, the bids on Project No. 6104 were opened and the contract awarded to Floyd R. Palmer Landscape Company on the basis of a Base Proposal of $16,161.11. The other Base Proposals bid by other bidders were in amounts of $23,049.35, $17,445.19 and $19,769.00. The Unit Prices set forth in the bid proposal by the Floyd R. Palmer Landscape Company were $.65 per square foot for sidewalks, $3.00 per cubic yard for top soil fill, $5.00 per cubic yard for hand excavation of planting beds, and $450.00 per granite bench installed.

On the 19th day of November, 1962, a contract was executed by the State Building Commission and the Floyd R. Palmer Landscape Company which provides in part that:

". . .the Contractor hereby agrees with the Owner to commence and complete the construction of certain public works described as Landscape and Area Development About the Sam Houston State Office Building. . .as shown on the plans, as described in the specifications, the contract documents, all addenda thereto, the proposal for construction including the acceptance of the base proposal, together with the Contractor's proposal for deduction changes or deletions, hereinafter called the project, for the sum of SIXTEEN THOUSAND ONE HUNDRED SIXTY-ONE AND 11/100 DOLLARS ($16,161.11) . . .The following unit prices shall be used in <u>computing additions and deductions to be made in the Contract</u>, if required, where depths and/or quantities may vary from the plans:

1.   Sidewalks, pebble finish concrete- $.65 per square foot

2.   Top soil fill- per cubic yard       3.00

3.   Hand excavation of planting beds dirt per cubic yard             5.00

4.   Granite Benches per bench installed                           450.00"
(Emphasis added)

The Floyd R. Palmer Landscape Company has now informed the State Building Commission that they will lose money on the completion of Project No. 6104 for the reason that they interpreted the Unit Prices contained in the bid proposal and the contract to be the amount they would receive over and above the Base Proposal for performing the work specified in connection with the Unit Price items.

A careful study of the specifications for Project No. 6104 discloses that the definition of Unit Prices sets forth that:

> ". . .the Unit Price amounts shown on the proposal are the total amounts per unit to be added or deducted from the contract price in case there is a discrepancy or variation in the quantities as originally intended by Contract Documents to that actually installed in accordance with the original intention."

Also, it will be noted that in the contract entered into between The State Building Commission and the Floyd R. Palmer Landscape Company there is found the provision that:

> ". . .the following unit prices shall be used in computing additions and deductions to be made in the Contract, if required where depths and/or quantities may vary from the plans. . . ." (Emphasis added).

Consequently, we are of the opinion that the consideration set forth in the contract between the State Building Commission and the Floyd R. Palmer Landscape Company, in the amount of $16,161.11, is the total consideration to be received by the Floyd R. Palmer Landscape Company for completion of its contract obligation under Project No. 6104. This contract price of $16,161.11 may only be varied, insofar as the Unit Price items are concerned, to the extent that if the State Building Commission should desire to enlarge or reduce the amount or quantity of work to be done on those items covered by the Unit Price that such Unit Prices would be used in adjusting, either up or down, the contract price.

## S U M M A R Y

The contract price of $16,161.11, as set forth in the contract between the State Building Commission

and the Floyd R. Palmer Landscape Company pertaining to Project No. 6104, is the total consideration to be paid Floyd R. Palmer Construction Company for completion of its contract obligations, and such contract price may only be varied, insofar as Unit Price items are concerned, to the extent that if the State Building Commission should desire to enlarge or reduce the work to be done on those items covered by the Unit Price that such Unit Prices would be used in adjusting, either up or down, the consideration set forth in the contract.

Yours very truly,

WAGGONER CARR
Attorney General

By: Pat Bailey

Pat Bailey
Assistant

PB:wb:mkh

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Frank Booth
John Reeves
Joe R. Long
Scott Garrison

APPROVED FOR THE ATTORNEY GENERAL
BY: Stanton Stone